1   PETER A. STROTZ, Bar No. 129904
      pstrotz@filicebrown.com
2   OLIVER Q. DUNLAP, Bar No. 225566
      odunlap@filicebrown.com
3   **FILICE BROWN EASSA & MCLEOD LLP**
    1999 Harrison Street, Suite 1800
4   Oakland, California 94612-3520
    Telephone:    510.444.3131
5   Facsimile:    510.839.7940

6   Attorneys for Defendants
    ASTRAZENECA LP and
7   ASTRAZENECA PHARMACEUTICALS LP

8                    **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

10

11  SHARON DISTON, et al.,                Case No. 4:09-cv-4165-CW

12              Plaintiffs,               **ORDER GRANTING STIPULATED MOTION
                                          FOR ADMINISTRATIVE RELIEF
13  v.                                    REQUESTING STAY OF SEROQUEL CASES
                                          PENDING FINALIZATION OF SETTLEMENT
14  ASTRAZENECA LP, ASTRAZENECA           AGREEMENT**
    PHARMACEUTICALS LP, MCKESSON
15  CORPORATION,

16              Defendants.

17

18          Having considered the parties' Motion for Administrative Relief requesting requesting

19  stay of the Seroquel cases pending finalization of the settlement agreement, PURSUANT TO

20  STIPULATION, IT IS SO ORDERED.  The parties will be required to provide the Court

21  with a joint update as to settlement progress by Wednesday December 15, 2010, and if the cases

22  have not settled a case management conference will be held on Tuesday, January 25, 2011.  The

23  pending motion to remand in this case [Docket No. 10] is denied without prejudice to refiling if

24  the settlement is not completed.

25          Signed this 22nd day of September, 2010 at Oakland, California.

26

27                                        _____
                                          Judge of the United States District Court
28
                                                    04367 35044 ODUNLAP  637965.1

**FBE&M**

LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131